UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-MJ-01074-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSHUA VANCE ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Government's motion to dismiss. [DE-4]. The motion is ALLOWED, and this matter is dismissed.

SO ORDERED, this the 28th day of January 2016.

Robert B. Jones, Jr.
United States Magistrate Judge